## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KYLE CAREY,                                :
      Petitioner                      :
                             :          **No. 1:17-CV-00500**
      v.                                :
                             :          **(Judge Kane)**

WARDEN, FCI ALLENWOOD -     :
LOW                                            :
      Respondents                 :

## ORDER

    **AND NOW,** this 25th day of May 2017, in accordance with the

accompanying Memorandum,  **IT IS ORDERED THAT**:

1. Petitioner Kyle Carey's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED**;

2. Petitioner's emergency motion for preliminary injunction (Doc. No. 2), is **DENIED**; and

3. The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
